UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

          Petitioner,

   v.

STATE OF WASHINGTON,

          Respondent.

Case No. C22-0546-RAJ-SKV

REPORT AND RECOMMENDATION

Petitioner John R. Demos, a bar-order litigant, presents to this Court for filing an application to proceed *in forma pauperis* (IFP) and an application to file a second or successive 28 U.S.C. § 2254 petition for writ of habeas corpus. Dkt. 1; Dkt. 1-1.

Petitioner is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). An Order of this Court provides for the return without filing of any petition by Petitioner that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). Petitioner, here, has not paid the

REPORT AND RECOMMENDATION - 1

1  filing fee.  Moreover, Petitioner may not proceed with a second or successive habeas petition in
2  this Court unless and until the Ninth Circuit authorizes its filing, which it has not done.  *See* 28
3  U.S.C. § 2244(b)(3)(A).

4      The Court therefore recommends that Petitioner's IFP application, Dkt. 1, be DENIED
5  and this action be DISMISSED without prejudice.  A proposed Order accompanies this Report
6  and Recommendation.

7      Objections to this Report and Recommendation, if any, should be filed with the Clerk and
8  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
9  and Recommendation is signed.  Failure to file objections within the specified time may affect
10 your right to appeal.  Objections should be noted for consideration on the District Judge's motions
11 calendar for the third Friday after they are filed.  Responses to objections may be filed within
12 **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be
13 ready for consideration by the District Judge on **May 27, 2022**.

14     Dated this 4th day of May, 2022.

*(signature)*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2