UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. C22-0546-RAJ-SKV

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's Application to Proceed *In Forma Pauperis*, Dkt. 1, is DENIED;

(3) This action is DISMISSED without prejudice;

/ / /

/ / /

/ / /

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 25th day of July, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge